**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LEON CRUMBLIN                                                                                     PLAINTIFF

v.                                          No. 5:14CV00271 JLH

ELBERT BENNETT, Vice Chancellor of
Student Affairs, University of Arkansas at
Pine Bluff, in his official and individual capacities;
and LAURENCE B. ALEXANDER, Chancellor,
University of Arkansas at Pine Bluff, in his
official and individual capacities                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the plaintiff's claims that arise under the laws and constitution of the United States. Those claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the plaintiff's claims that arise under the laws of the State of Arkansas, so those claims are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE